AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**ALIAS SUMMONS IN A CIVIL CASE**

SHAHANA KHALID

V.

AMERICAN MANAGEMENT SERVICES, INC.

CASE NUMBER: 1:21-cv-05999

ASSIGNED JUDGE: Hon. Robert W. Gettleman

DESIGNATED MAGISTRATE JUDGE: Hon. Jeffrey T. Gilbert

TO: (Name and address of Defendant)

AMERICAN MANAGEMENT SERVICES, INC.
c/o REGISTERED AGENT
TIM ABELHOUZEN
321 N MALL DRIVE STE X102
SAINT GEORGE, UT 84790

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jennifer Ann McLaughlin
Sulaiman Law Group, Ltd.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Lauren Knight*

(By) DEPUTY CLERK



December 13, 2021

DATE

RCI
Bringhurst Process Service
a Division of All Pro Security
60 E Claybourne Ave
Salt Lake City, Utah 84115
(801) 561-4278

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHAHANA KHALID, Plaintiff(s) | ) ) ) |
| vs. | ) ) ) |
| AMERICAN MANAGEMENT SERVICES, INC., Defendant(s) | ) ) ) ) | **PROOF OF SERVICE** Case No. 1:21-CV-05999
| Party to serve: AMERICAN MANAGEMENT SERVICES, INC. | ) ) ) ) |

Process: **ALIAS SUMMONS IN A CIVIL CASE, COMPLAINT**
Court Date:

THE UNDERSIGNED PERSON HEREBY CERTIFIES:
1) I served the attached process, referenced therein, in the manner indicated below
2) I was at the time of service over the age of 18 years.
3) I am not a party to this action.

**Party To Serve: American Management Services, Inc..**

Date Served: 12-22-2021 2:28 Pm
Address Of Service: 321 N Mall Drive Ste X102, St George, Ut 84790

Served on business or organization by giving a copy to **DESIREE ABELHOUZEN, Secretary**, who confirmed that they are an authorized employee of said organization, designated to receive service of such process pursuant to Rule 4-(d)(1), Utah Rules of Civil Procedure.

I certify under criminal penalty of the State of Utah that the foregoing is true and correct.
Executed on 12-22-2021

SPENCER LUNDELL #406

**TOTAL FEES:**

ROS CONSULTING INC
23900 W INDUSTRIAL DR
PLAINFIELD, IL 60585
Docket: 1795449